IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Jeff Depoe, :
          Petitioner :
           :
       v. : No. 1266 C.D. 2021
           : Submitted: July 1, 2022
Pennsylvania Parole Board, :
          Respondent :


BEFORE:   HONORABLE PATRICIA A. McCULLOUGH, Judge
              HONORABLE ELLEN CEISLER, Judge
              HONORABLE BONNIE BRIGANCE LEADBETTER, Senior Judge

**<u>OPINION NOT REPORTED</u>**

**MEMORANDUM OPINION BY**
**SENIOR JUDGE LEADBETTER**[1]             **FILED:  March 7, 2023**


Petitioner Jeff Depoe (Depoe) petitions for review of the Pennsylvania Parole Board's (Board) October 13, 2021 order, through which the Board modified its June 29, 2020 decision to recommit Depoe as a convicted parole violator (CPV), so that the Board could award him additional credit for time he was held solely on the Board's warrant. On appeal, Depoe maintains that the Board has nonetheless miscalculated the amount of time credit he is owed and seeks correction of this putative error. In that decision, the Board concluded that Depoe had 841 days left on his January 2017 sentence and recalculated the maximum date on that sentence as July 21, 2022. (Board decision, dated September 29, 2021, formalizing this modification). The Board then mailed an identical order to Depoe on October 13, 2021. Depoe's appeal to our Court from the Board's October 13, 2021 order

_____

[1]The majority opinion was reassigned to the authoring judge on October 31, 2022.

followed shortly thereafter. Thus, between the time Depoe filed his petition for review, his maximum term expired. Accordingly, we will dismiss this appeal as moot.[2] *Taylor v. Pa. Bd. of Prob. & Parole*, 746 A.2d 671, 674 (Pa. Cmwlth. 2000) ("the expiration of a parolee's maximum term renders an appeal of a Board revocation order moot" and "[i]t is well settled that an appeal will be dismissed when the occurrence of an event renders it impossible for the court to grant the requested relief").

_____
BONNIE BRIGANCE LEADBETTER,
President Judge Emerita

---

[2] We note in passing that it appears that Depoe's administrative challenge which resulted in the adjudication at issue here was untimely. Therefore, we could not reach the merits of the arguments asserted here even if the case was not moot.

IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Jeff Depoe,       :
    Petitioner   :
           :
   v.       : No. 1266 C.D. 2021
           :
Pennsylvania Parole Board,  :
    Respondent :

# **O R D E R**

AND NOW, this 7th day of March, 2023, the above-captioned Petition for Review is DISMISSED as MOOT.

_____
BONNIE BRIGANCE LEADBETTER,
President Judge Emerita